1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY BLACKMAN,                            No.  2:14-cv-2958 KJM KJN P

12              Plaintiff,

13        v.                                   FINDINGS AND RECOMMENDATIONS

14   STAINER, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  On March 26, 2015, the court denied plaintiff's application to proceed in

19   forma pauperis and ordered plaintiff to pay the filing fee within thirty days.  (ECF No. 10).

20   Thirty days passed and plaintiff did not pay the filing fee or otherwise respond to the March 26,

21   2015 order.

22        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.  See Local

23   Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

1

1  failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  May 7, 2015

4

5  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6

7  Black2958.fr

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2